```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


PEARL A. ELLIS, Individually    :   CIVIL ACTION
and as Administratrix of the    :   NO. 20-06175
Estate of JOSEPH M. ELLIS,      :
                                :
        Plaintiff               :
    v.                          :
                                :
DELAWARE COUNTY, et al.,        :
                                :
        Defendants              :
```

## ORDER

**AND NOW**, this **26th** day of **April, 2021**, after considering Defendants' Motion to Dismiss or to Strike and Plaintiff's Response thereto, it is hereby **ORDERED**, for the reasons set forth in the accompanying memorandum, that:

1. Defendants' Motion to Dismiss (ECF No. 23) is **GRANTED in part and DENIED in part**, such that Plaintiff may seek to establish liability under a failure-to-train theory but not under an inadequate staffing theory;

2. Defendants' alternative Motion to Strike (ECF No. 23) is **DENIED**; and

3. An order setting case management deadlines will issue.

   **AND IT IS SO ORDERED.**

                           */s/ Eduardo C. Robreno*
                           **EDUARDO C. ROBRENO, J.**